Oscar B. Bergstrom et al., Respondents, *v.* Westminster
Realty Corporation et al., Appellants.

*Bergstrom* v. *Westminster Realty Corpn.*, 133 App. Div. 918, appeal
dismissed.
(Submitted October 18, 1909; decided October 26, 1909.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial
department, entered June 11, 1909, affirming a judgment in
favor of plaintiffs entered upon a decision of the court on trial
at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of
fact were supported by the evidence, that the exceptions were
frivolous and presented no questions of law for review.

*John Ross Delafield* and *A. Livingston Norman* for
motion.

*Paul Eugene Jones* opposed.

Motion granted and appeal dismissed, with costs, and ten
dollars costs of motion.